UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(**HONORABLE LAWRENC J. O'NEILL**)

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. 08-cr-00232-LJO |
| Plaintiff,  ) | |
| v.  ) | |
|   ) | STIPULATION TO CONTINUE HEARING; |
| **JEROME WILLIAMS,**  ) | AND ORDER THEREON |
|   ) | |
| Defendant.  ) | |
| _____) | |

**ORDER**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. ßß 3161 (h)(1)(F) and 3161(h)(8)(A).

This matter is reset for sentencing on October 30, 2009 at the hour of 8:30 AM.

DATED: September 16, 2009                              s/ Lawrence J. O'Neill___
                                                                             Hon. Lawrence J. O'Neill
                                                                             District Court Judge