DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEROME WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. F 08-232 LJO |
|---|---|
| Plaintiff, | ) **STIPULATED MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2); ORDER** |
| v. | |
| JEROME WILLIAMS, | ) **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. | ) Judge: LAWRENCE J. O'NEILL |

    Defendant, JEROME WILLIAMS, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney KIMBERLY A. SANCHEZ, hereby stipulate as follows:

    1.    Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

    2.    On November 25, 2009, this Court sentenced Mr. Williams to an aggregate term of imprisonment of 96 months, comprised of 48 months each counts 82 and 140, to be served consecutively, for violation of 21

1  U.S.C. § 843(b);

2      3.  Mr. Williams's original base offense level was 30, his total
3  offense level was 27, and his criminal history category was IV, but the
4  resulting guideline range was the statutory maximum of 96 months;

5      4.  The sentencing range applicable to Mr. Williams was
6  subsequently lowered by the United States Sentencing Commission in
7  Amendment 750;

8      5.  Mr. Williams's base offense level has thereby been reduced
9  from 30 to 26, his new total offense level is 23, and with a criminal
10 history category of IV, the new resulting guideline range is 70 to 86
11 months;

12     6.  Accordingly, the parties request the court enter the order
13 lodged reducing Mr. Williams's term of imprisonment to an aggregate
14 term of 70 months, to be comprised of a term of 35 months on each of
15 counts 82 and 140, to be served consecutively.

16 Dated:  November 17, 2011

17 Respectfully submitted,

18 BENJAMIN B. WAGNER                    DANIEL J. BRODERICK
   United States Attorney                Federal Defender
19

20
    /s/ *Kimberly A. Sanchez*              /s/ *David M. Porter*
21 KIMBERLY A. SANCHEZ                   DAVID M. PORTER
   Assistant U.S. Attorney               Assistant Federal Defender
22
   Attorney for Plaintiff                Attorney for Movant
23 UNITED STATES OF AMERICA              JEROME WILLIAMS

24

25

26

27

28

STIPULATED MOTION and ORDER TO REDUCE SENTENCE
-2-

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Williams is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the total offense level from 27 to 23, and an appropriate sentence within the new applicable guideline range would be 70 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed on November 25, 2009 is reduced to an aggregate term of 70 months, to be comprised of a term of 35 months on each of counts 82 and 140, to be served consecutively.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

Unless otherwise ordered, Mr. Williams shall report to the United States Probation office closest to the release destination within seventy-two hours after his release.

IT IS SO ORDERED.

**Dated:   November 18, 2011**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE